# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3791
_____

Robert Lane Couch, Jr.

*Plaintiff - Appellant*

v.

Nancy A. Berryhill, Acting Commissioner of Social Security

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Western District of Missouri - Springfield
_____

Submitted: November 6, 2017
Filed: November 9, 2017
[Unpublished]
_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Robert Lane Couch, Jr. appeals the district court's[1] order affirming the denial of supplemental security insurance benefits. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

Based on de novo review of the record as a whole, this court agrees that substantial evidence supports the denial of benefits. *See Igo v. Colvin*, 839 F.3d 724, 728 (8th Cir. 2016). The ALJ was not required to give controlling weight to the opinions of treating physicians insofar as those opinions were inconsistent with their findings or with the medical record, or where other medical opinions were supported by better or more thorough medical evidence. *See Grable v. Colvin*, 770 F.3d 1196, 1201 (8th Cir. 2014); *Perkins v. Astrue*, 648 F.3d 892, 897-99 (8th Cir. 2011); *Davidson v. Astrue*, 578 F.3d 838, 843 (8th Cir. 2009). To the extent Couch's pro se brief challenges the ALJ's credibility determination, that determination is entitled to deference because it was supported by good reasons and substantial evidence. *See Julin v. Colvin*, 826 F.3d 1082, 1086 (8th Cir. 2016).

The judgment is affirmed.

_____